# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ            DATE:  September 23, 1999

COURTROOM DEPUTY: Lida Isis EGELE            CIVIL CASE:  96-2534 (PG)

=================================================================

LUZ ORTIZ ORTIZ, et al                    Attorneys:  Rosalinda PESQUERA
                                          Maricarmen ALMODOVAR

vs.

COMISION INDUSTRIAL,                       Lynn DOBLE
et al

=================================================================

STATUS CONFERENCE held in chambers.  The complaint filed by plaintiff Luz Ortiz hasn't been answered, nor the interrogatories submitted by plaintiff Emilia Martínez.

Plaintiff Emilia Martínez: Once she receives the answers to the interrogatories, she will proceed to take the deposition of the alleged harasser and of any other witnesses announced by the defense.  Counsel wants access to the documents of the investigation that the Comision Industrial performed.

Both plaintiffs will move for voluntary dismissal of their claims against the Commonwealth of Puerto Rico.  The Court grants them ten days to file the voluntary dismissal.  Within those ten days the Comision Industrial will notify in writing who is their attorney.  After this notification they will have 10 days to answer the complaint of plaintiff



Cv 96-2534 (PG)                                                      Page 2
September 23, 1999
==================================================================

Luz Ortiz, and 15 days to answer the interrogatories submitted by plaintiff Emilia Martínez.

Once the answer to the complaint is filed, plaintiff Luz Ortiz will have 30 days to submit

interrogatories.

Failure to comply with these terms will trigger sanctions against defendant Comision

Industrial, which could include striking its answer to the complaint. **No extensions will be

granted**.

**A second status conference is set for November 16, 1999, at 8:30 A.M.** At that

time a final timetable will be agreed upon to conclude the discovery and a pretrial

conference will be set.

Lida Isis EGELE
Courtroom Deputy

s/c:   Almodóvar, Pesquera, Estades and Maldonado