UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ D. ORTIZ ORTIZ,

    Plaintiff(s)

    v.                               Civ. No. 96-2534(PG)

COMISION INDUSTRIAL DE PUERTO RICO,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #35 - Informative Motion | *Granted* |

Date: October 7, 1999.

                                    JUAN M. PEREZ-GIMENEZ
                                    U.S. District Judge

