# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**  Date:  December 22, 1999

| | |
|---|---|
| LUZ ORTIZ ORTIZ, et al | * |
| Plaintiff | * |
| vs. | *   Civil 96-2534 (PG) |
| COMISION INDUSTRIAL, et al | *   Civil 97-1465 (PG) |
| Defendants | * |

Due to Hurricane Lenny the second status conference set for November 16 could not be held. By Order of the Court a second status conference in the above captioned case, is hereby set for **Friday, January 21, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:  Maricarmen Almodóvar
      Rosalinda Pesquera
      Jo Ann Estades


