# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: January 25, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 96-2534 (PG) |

==================================================================

| | |
|---|---|
| LUZ ORTIZ ORTIZ, et al | <u>Attorneys:</u> Maricarmen ALMODOVAR |
| vs. | |
| COMISION INDUSTRIAL, et al | Jo-Ann ESTADES BOYER |

==================================================================

SECOND STATUS CONFERENCE held in chambers. The plaintiff's motion for default judgment is pending; the interrogatories she submitted have been outstanding for over 120 days. The plaintiff will answer the interrogatories submitted by the defendants within 30 days, and she will take the following depositions on April 6, 2000: the person who directed the legal division at that time is scheduled for 9:30 A.M., and the director of the Human Resources for 1:30 P.M.

The defendants will take the depositions of both plaintiffs and their witnesses. The depositions of the plaintiffs are scheduled for April 4, 2000, as follows: 9:30 A.M. Luz Ortiz Ortiz, and 1:30 P.M. Emilia Martinez.

**A third status conference is set for April 11, 2000, at 8:30 A.M.**

_____
Lida Isis EGELE
Courtroom Deputy

s/c:   Almodóvar, Pesquera, and Estades