UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ D. ORTIZ ORTIZ,

    Plaintiff,

    v.                                    Civ. No. 96-2534 (PG)

COMISION INDUSTRIAL DE PUERTO RICO,

    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #44 - Voluntary Dismissal. | *approved* |

Date: _March 13_, 2000.

                        JUAN M. PEREZ-GIMENEZ
                        U.S. District Judge