UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

LUZ D. ORTIZ ORTIZ,           *
     Plaintiff,               *
                              *
          v.                  *          CIVIL NO. 96-2534(PG)
                              *
COMISION INDUSTRIAL DE        *
PUERTO RICO,                  *
     Defendant.               *

**J U D G M E N T**

The Court having granted plaintiff's motion requesting voluntary

dismissal, (Docket No. 44), it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, March 14 , 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)